IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT DAVIS, MICHAEL FELTZ, and MARK JOHNS, individually and on behalf of all similarly situated individuals, | : : : : | 1:CV-09-237 |
| Plaintiffs | : : | |
| v. | : : | (Chief Judge Kane) |
| SOH DISTRIBUTION COMPANY, INC. Defendant | : : : | |

**O R D E R**

**AND NOW**, pursuant to a conflict of interest as defined by Canons 2(B) and 3(C) of the Code of Judicial Conduct of United States Judges, **IT IS ORDERED THAT** the undersigned shall be recused from the above-captioned action. **IT IS FURTHER ORDERED THAT** the Clerk of Court shall reassign the case to another judge.

                                                  s/ Yvette Kane
                                                  Yvette Kane, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania

Dated: March 18, 2009