IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT DAVIS**, *et al.*,              :<br>    **Plaintiffs**     :<br>                                                :<br>        v.                                     :<br>                                                :<br>**SOH DISTRIBUTION COMPANY**, :<br>**INC.**,                                   :<br>    **Defendant**    : | CIVIL ACTION NO. 1:09-CV-237<br><br>(Judge Conner) |

## **ORDER**

AND NOW, on this 8th day of April, 2009, upon consideration of the parties' joint and concurred-in motion (Doc. 21) for extension of time to respond to first amended complaint and stay litigation, it is hereby ORDERED that said motion is GRANTED. The court's March 18, 2009, order scheduling the case management conference is hereby RESCINDED, and all proceedings in this matter are STAYED for 120 days or until August 10, 2009, including the requirement that defendant, SOH Distribution Company, Inc., answer or respond to the first amended complaint filed by plaintiffs. Thereafter, as necessary, and upon receipt of a joint request from the parties, the court will issue a revised case management order providing SOH with twenty (20) days to answer or respond to the first amended complaint and rescheduling the case management conference.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge