# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT DAVIS, MICHAEL FELTZ,** and **MARK JOHNS**, individually and on behalf of all similarly situated individuals, | : : : : | **CIVIL ACTION NO. 1:09-237** (Consolidated) |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **SOH DISTRIBUTION COMPANY, INC.,** | : : | |
| Defendant | : | |

=======================================

| | | |
|---|---|---|
| **CHARLEE HARGIS**, individually and on behalf of all similarly situated individuals, | : : : : | |
| Plaintiffs | : : | |
| v. | : : | |
| **G & A SNACK DISTRIBUTING, INC.,** a/k/a **G and A SNACK DISTRIBUTING, INC., SOH DISTRIBUTION COMPANY, INC.,** and **DOES 1 through 50,** | : : : : : : | |
| Defendants | : | |

## **O R D E R**

AND NOW, this 10th day of March, 2010, upon consideration of the unopposed motion for leave to file amended complaint (Doc. 45), it is hereby ORDERED that said motion is GRANTED. The clerk is hereby directed to docket the Amended Complaint that is attached as Exhibit "B" to the unopposed motion (Doc. 45).

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge